NO. 07-04-0226-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JUNE 1, 2004

______________________________

In re: RODNEY WARREN, RWW ENTERPRISES, INC.,

SPSM, LTD., RAY VALDEZ, STEVE GONZALEZ, JEFF JAKSTAS, 

ASHLEY BRUSENHAN, DARRELL BILLINGTON, 

COREY STOVALL and CHRIS GUZMAN

Relators

_________________________________

Original Proceeding

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Rodney Warren, RWW Enterprises, Inc., SPSM, Ltd., Ray Valdez, Steve Gonzalez, Jeff Jakstas, Ashley Brusenhan, Darrell Billington, Corey Stovall, and Chris Guzman (collectively referred to as Warren) petition the court for a writ of mandamus to compel the Hon. Andrew J. Kupper, 99
th
 Judicial District Court, Lubbock County, to abate various causes filed in that court pending the final disposition of various causes filed in the 121
st
 Judicial District Court, Terry County.  We deny the petition for the reasons set out in our opinion and judgment entered this day in cause No. 07-04-0094-CV.

Accordingly, the petition for writ of mandamus is denied.

Brian Quinn

   Justice